IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROME DAVIS,                          )
                                       )
                Plaintiff,             )          4:05cv3258
                                       )
        vs.                            )          MEMORANDUM AND  ORDER
                                       )
NEBRASKA DEPARTMENT OF                 )
CORRECTIONAL SERVICES, et al.,         )
                                       )
                Defendants.            )


        This matter is before the court on filing no. 13, the Motion to Dismiss filed by
defendant-Nebraska Department of Correctional Services ("DCS").   As the defendant
points out, DCS, a state agency, and other subordinate units of state government lack the
capacity to sue and be sued in their own names.  However, the court liberally construes
DCS as the State of Nebraska for the purpose of this litigation.  Therefore, filing no. 13 is
denied.

        SO ORDERED.

        April 6, 2006.                        BY THE COURT:

                                              /s Richard G. Kopf
                                              United States District Judge