IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3258 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | (appeal) |
| NEBRASKA DEPT. OF | ) | |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In the court's Memorandum and Order assessing the appellate filing fees for the appeal by the plaintiff, Jerome Davis, a prisoner, I directed the Clerk of Court to request the necessary inmate trust account information from the appropriate officer at the plaintiff's institution. I further stated that upon receipt of the trust account information, the court would calculate the initial partial appellate filing fee, notify the plaintiff and the plaintiff's institution accordingly, and process the appeal to the Eighth Circuit Court of Appeals. The Clerk of Court has obtained the plaintiff's inmate trust account information, and the plaintiff's initial partial appellate filing fee is $1.85. The plaintiff's institution shall collect and remit that initial partial fee when funds are available for that purpose in the plaintiff's inmate trust account. The Clerk of Court shall send a copy of this Memorandum and Order to the parties, the plaintiff's institution and the Eighth Circuit Court of Appeals.

SO ORDERED.

November 15, 2006.            BY THE COURT:


                              s/ *Richard G. Kopf*
                              United States District Judge